JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL URBINA-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, et al., et al.,<br><br>Respondents. | Case No. 5:26-cv-01626-AH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed May 20, 2026 (ECF No. 16) and the Notice of Compliance filed May 22, 2026 (ECF No. 17),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 26, 2026



ANNE HWANG
UNITED STATES DISTRICT JUDGE